# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 1, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

152070(36)(37)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JOSHUA MATTHEW PACE,
      Defendant-Appellant.
_____/

SC: 152070
COA: 322808
Washtenaw CC: 14-000272-AR

On order of the Chief Justice, the motion of the University of Michigan to participate as amicus curiae is GRANTED. The amicus brief submitted on August 20, 2015, in support of the application for leave to appeal is accepted for filing. On further order of the Chief Justice, the motion for the temporary admission of Paul D. Clement to practice *pro hac vice* under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 1, 2015

_____